IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JUL 1 2 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDIA NORMAN,<br><br>Defendant. | CR 17-32-BLG-SPW<br><br>ORDER |

Before the Court is Defendant Claudia Norman's Unopposed Motion for Payment of Travel Expenses Related to Trial. (Doc. 20) The Court notes that Norman failed to adhere to Local Criminal Rule 47.1(c), which states:

> **(c) Proposed Orders**. Except as otherwise provided in these rules or by order, a proposed order is required and permitted only with a motion for extension of time or with an unopposed motion. All proposed orders must:
> . . .
>
> (5) be e-mailed only to the judge's address for proposed orders; for example, a judge whose initials are XYZ would have an e-mail address of xyz_propord@mtd.uscourts.gov; and …

Failure to comply with this rule may result in summary denial of the motion. CR 47.1(d). Accordingly,

IT IS ORDERED that Norman's Unopposed Motion for Payment of Travel Expenses Related to Trial is DENIED with leave to renew.

DATED this 12th day of July, 2017.

SUSAN P. WATTERS
United States District Judge