IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
JUL 1 3 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDIA NORMAN,<br><br>Defendant. | CR 17-32-BLG-SPW<br><br>ORDER |

Defendant Claudia Norman, by and through counsel, has moved the Court for directing the United States Marshal's service to reimburse the Defendant for travel costs associated with the jury trial in this matter scheduled for September 11, 2017, 18 U.S.C. § 4285 on the grounds that she is financially unable to travel from her home state of California to the District of Montana. The Court has reviewed Defendant's Financial Affidavit and finds Defendant is financially unable to provide the necessary transportation to appear before this Court on her own and the interests of justice will be served by granting Defendant's motion. Therefore,

IT IS HEREBY ORDERED that the United States Marshal Service furnish airfare for Defendant CLAUDIA NORMAN's transportation from California to

1

Billings, Montana for the jury trial in this matter scheduled for September 11, 2017, and for an amount of money for lodging and subsistence expenses during her stay in Billings, Montana for the trial, in an amount not to exceed the per diem allowance for travel under 5 U.S.C. § 5702(a).

DATED this 13th day of July 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge