

**FILED**

JUL 14 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDIA NORMAN,<br><br>Defendant. | CR 17-32-BLG-SPW<br><br>ORDER<br>*NUNC PRO TUNC* |

Defendant Claudia Norman, by and through counsel, has moved the Court for directing the United States Marshal's service to reimburse the Defendant for travel costs associated with the jury trial in this matter scheduled for September 11, 2017, 18 U.S.C. § 4285 on the grounds that she is financially unable to travel from her home state of California to the District of Montana. The Court has reviewed Defendant's Financial Affidavit and finds Defendant is financially unable to provide the necessary transportation to appear before this Court on her own and the interests of justice will be served by granting Defendant's motion. Therefore,

IT IS HEREBY ORDERED that the United States Marshal Service furnish airfare for Defendant CLAUDIA NORMAN's transportation from California to

Billings, Montana for the jury trial in this matter scheduled for September 11, 2017. Because she is out on bond, Norman is responsible for her own lodging and subsistence expenses during her stay in Billings, Montana for the trial.

The Court's July 13, 2017, Order (Doc. 23) is withdrawn.

DATED this __14__ day of July 2017.

                                        /s/ Susan P. Watters
                                        SUSAN P. WATTERS
                                        United States District Judge

2