IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDIA NORMAN,<br><br>Defendant. | CR 17-32-BLG-SPW-TJC<br><br>**ORDER SETTING CHANGE OF PLEA HEARING** |

Before the Court is Defendant's Unopposed Motion to Reset Change of Plea Hearing (Doc. 50), which requests that the Court rest the date for Defendant's change of plea hearing. That motion being unopposed,

IT IS ORDERED that the change of plea hearing presently set for January 8, 2018, is hereby **VACATED** and **RESET** for **January 11, 2018, at 9:00 a.m.** The Court's prior order (Doc. 48) will remain in effect in all other respects.

DATED this 5th day of January, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge