FILED

JUN 2 5 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-32-BLG-SPW |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| CLAUDIA NORMAN, | |
| Defendant. | |

Upon the Defendant's *Ex Parte* Unopposed Motion to Extend Defendant's Self-Surrender Date (Doc. 79), and for good cause appearing,

**IT IS HEREBY ORDERED**, that the Defendant's Unopposed Motion to Extend Defendant's Self-Surrender Date is **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendant, Claudia Norman, shall surrender to the facility at the new time and date designated by the Bureau of Prisons. Counsel for Defendant and the Defendant will receive an updated letter from the U.S. Marshals Service with the new surrender date.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 25th day of June, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge