IN THE UNITED STATES COURTS
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-17-032-BLG-SPW |
| Plaintiff, | ORDER RELEASING PROPERTY |
| vs. | |
| CLAUDIA NORMAN, | |
| Defendant. | |

The above-referenced defendant made her initial appearance in the United States District Court for the Central District of California on April 27, 2017. The bond set by the Central District of California included full deeding of property located at 1598 Lon branch, Grover Beach, California 93433. On May 25, 2018, the defendant was sentenced in the United States District Court for the District of Montana.

Therefore, IT IS HEREBY ORDERED the property bond issued in the United States District Court for the Central District of California shall be released.

1

The Clerk of Court is DIRECTED to provide a copy of this Order to the

United States District Court for the Central District of California.

DATED this _19th_ of March, 2021.

SUSAN P. WATTERS
United States District Judge